IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:16-CR-00294 |
| | : | |
| v. | : | FILED HARRISBURG |
| | : | OCT 1 8 2016 |
| TOREY D. WHITE, | : | |
| Defendant | : | PER _____ DEPUTY CLERK |

## PLEA

AND NOW, this _18th_ day of _October_, 2016, the within named defendant, hereby enters a plea of _not guilty_ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)