IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1: 16-CR-294 |
| | ) | |
| v. | ) | (Chief Judge Conner) |
| | ) | |
| TOREY D. WHITE, | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. The court has determined, based upon the defendant's guilty plea, that the following property is subject to forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c) and that the government has established the requisite nexus between such property and such offenses.

    a. Intrak Arms AK-47 rifle, serial number 1997-2522; and

    b. Dan Wesson .44 caliber handgun, serial number B015758.

2. After the disposition of any motion filed under Fed. R.Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon

a showing that such discovery is necessary or desirable to resolve factual issues.

3. The United States shall have clear title to the subject property following the court's disposition of all third-party interests, including titled owners, spouses, and any other interested parties, or if none, following the expiration of the period provided in 21 U.S.C. § 853(n) for the filing of third party petitions.

4. Any claim filed with the seizing agency in an administrative proceeding and any petition filed in a related civil action are **NOT** a substitute for the claim that must be filed in this action which meets the requirements of and within the time allowed under 21 U.S.C. § 853(n), as described above.

5. Upon adjudication of all third-party interests, the court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

6. The court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. The Clerk of Court shall forward four certified copies of

this order to Assistant U.S. Attorney Jenny P. Roberts, U.S. Attorney's Office, Middle District of Pennsylvania.

SO ORDERED this __22ND__ day of _November_ 2017.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE