# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-294** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **TOREY D. WHITE** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 18th day of December, 2018 upon consideration of the United States of America's motion (Doc. 60) to vacate preliminary order of forfeiture, it is hereby ORDERED that said motion is GRANTED. The Preliminary Order of Forfeiture is VACATED.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania